BALWINDER SINGH MALHI,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 07–73279.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.[*]

Filed March 15, 2011.

Paul Shearman Allen, Esquire, Brian W. Shaughnessy, Esquire, Law Firm of Paul Allen & Associates, Washington, DC, for Petitioner.

Richard M. Evans, Esquire, Assistant Director, Allen W. Hausman, Esquire,

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

OIL, Andrew Jacob Oliveira, Esquire, Trial, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Balwinder Singh Malhi, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo questions of law. *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Malhi's motion to reopen as time- and number-barred because the successive motion was filed more than three years after the BIA's June 10, 2003, order dismissing his underlying appeal. *See* 8 C.F.R. § 1003.2(c)(2) (only one motion to reopen permitted and the motion generally must be filed within 90 days of the final order). It follows that Malhi's due process claim fails. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error and prejudice for a petitioner to prevail on a due process claim).

Malhi's remaining contentions are unpersuasive.

We deny Malhi's motion to supplement the record, *see* 8 U.S.C. § 1252(b)(4)(A),

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

and we deny respondent's motion to dismiss.

## PETITION FOR REVIEW DENIED.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-